463 A.2d 45

Jumpeter et al. v. Wagner, Appellant.

Petition for Allowance of Appeal
Denied Nov. 23, 1983.

Submitted February 16, 1983. Richard Wagner, for appellant; Henry A. Giuliani, for appellee.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

Judgment affirmed.